UNITED STATES of America,
Plaintiff–Appellee,

v.

Waldo ORTEGA–MENDOZA,
Defendant–Appellant.

No. 08–50432.

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2009.*

Filed July 23, 2009.

Jason M. Goldberg, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Vincent James Brunkow, Esquire, Assistant Appellate Supervisor, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Waldo Ortega–Mendoza appeals from the 24–month sentence imposed following the revocation of supervised release.

Ortega–Mendoza has completed his custodial sentence and no additional term of supervision was imposed. Accordingly, Ortega–Mendoza's appeal from the sentence must be dismissed as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

